## RHODE ISLAND EMPLOYMENT SECURITY ALLIANCE

v.

## STATE et al.

### No. 81-575-A.

Supreme Court of Rhode Island.

April 29, 1982.

McKenna, Greenwood & Feinstein, Providence, Charles Greenwood, for plaintiff.

Powers & McAndrew, Thomas J. McAndrew, Providence, for defendants.

## ORDER

The defendants' motion to dismiss this appeal as moot is denied.

---

## Joanne K. BOLYS

v.

## Albert P. BOLYS.

### No. 82-12-A.

Supreme Court of Rhode Island.

April 29, 1982.

Howard I. Lipsey, Providence, for petitioner.

Eugene F. Toro, Providence, for respondent.

## ORDER

This case is assigned to the *show cause* calendar.

The respondent is directed to appear on a date to be assigned and show cause why petitioner's appeal should not be sustained on the grounds that the Illinois divorce decree must be accorded full faith and credit in Rhode Island and that said decree divested the Rhode Island Family Court of subject matter jurisdiction over the controversy. *Hartt v. Hartt*, R.I., 397 A.2d 518 (1979); *Major v. Major*, R.I., 401 A.2d 1275 (1979).

---

## Robert BREEST

v.

## John MORAN.

### No. 82-166-M.P.

Supreme Court of Rhode Island.

April 29, 1982.

Robert Breest, pro se.

## ORDER

The respondent is directed to file his answer to the petition for writ of habeas corpus and therein to *show cause*, if any he has, why the writ should not issue as prayed, said answer to be made in compliance with the provisions of Supreme Court Rule 14.